# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARC DESTRO, | : | No. 3:18cv2374 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| TSAROUHIS LAW GROUP, LLC, and | : | |
| DEMETRIOUS H. TSAROUHIS, | : | |
| Defendants | | |

## ORDER

**AND NOW**, to wit, this 25th day of March 2019, the defendants' motion to dismiss plaintiff's complaint (Doc. 5) is hereby **DENIED**.

                            **BY THE COURT:**

                            **s/ James M. Munley**
                            **JUDGE JAMES M. MUNLEY**
                            **United States District Court**